UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK CAT SOFTWARE SERVICE, INC., et al., | No. 2:17-cv-493-JAM-EFB PS |
| Plaintiffs, | |
| v. | ORDER |
| SIERRA HOSPITAL, et al., | |
| Defendants. | |

On March 7, 2017, plaintiff Paul Morton, who is proceeding without counsel, filed a complaint which states "Request for Sealed Case." ECF No. 1. The court construes this statement as a request by plaintiff that his complaint be filed under seal. Plaintiff has not complied with the rules for submitting such a request and it must be denied.

Courts have recognized "a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.* 435 U.S. 589 (1978). "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz v. State Farm Mutual Auto. Insurance Company*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party seeking to file a document under seal "bears the burden of overcoming this strong presumption by" articulating "compelling reasons

1  supported by specific factual findings that outweigh the general history of access and the public
2  policies favoring disclosure . . . ." *Id* (citations omitted).
3      Furthermore, the court's local rules provide that "[d]ocuments may be sealed only by
4  written order of the Court, upon a showing required by applicable law." E.D. Cal. L.R. 141(a).  A
5  party seeking to file documents under seal must submit a Request to Seal Documents, which
6  "shall set forth the statutory or other authority for sealing, the requested duration, the identity, by
7  name or category, of persons to be permitted access to the documents, and all other relevant
8  information." E.D. Cal. L.R. 141(b).
9      Plaintiff has not provided any justification for his conclusory request that his complaint be
10 sealed.  Moreover, he has failed to comply with the court's local rules for obtaining a sealing
11 order.  He does not set forth any statutory or case authority as a basis for filing his complaint
12 under seal, nor does he identify the duration the complaint should be sealed.  Accordingly,
13 plaintiff's request to file his complaint under seal is denied.
14     Plaintiff, however, will be provided seven days to file a proper request to seal his
15 complaint that complies with the court's local rules.  Should plaintiff fail to timely file such a
16 request, the court will recommend that the complaint be stricken and the Clerk directed to return
17 the complaint to plaintiff.
18     Accordingly, it is hereby ORDERED that:
19     1. Plaintiff's request to seal is denied.
20     2. Within seven days of this order, plaintiff shall file a request to seal his complaint that is
21 in compliance with the court's local rules.
22     3. Plaintiff is admonished that failure to comply with this order will result in a
23 recommendation that his complaint be stricken and the Clerk be directed to return the complaint
24 to plaintiff and close the case.
25 DATED: March 28, 2017.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE