UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK CAT SOFTWARE SERVICE, INC., et al., | No. 2:17-cv-493-JAM-EFB PS |
| Plaintiffs, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SIERRA HOSPITAL, et al., | |
| Defendants. | |

Paul Morton filed a complaint listing as plaintiffs a corporation and hospital, and what appear to be illegible names of individuals.[1] He has written at the top of the complaint "Request for Sealed Case." ECF No. 1. The court construed this statement as a request by plaintiff that his complaint be filed under seal. So construed, the request was denied due to plaintiff's failure to comply with Local Rule 141, which governs the sealing of documents. ECF No. 2. Plaintiff was provided seven days to file a proper request to seal his complaint that complies with the court's local rules. *Id.* Plaintiff was admonished that should he fail to timely file such a request, the court would recommend that the complaint be stricken[2] and the Clerk be directed to return the

---

[1] There is no indication that plaintiff is an attorney licensed to practice before this court. Non-attorneys cannot represent other individuals or corporations. Plaintiff is admonished that should he attempt to refile this action, he may only do so on behalf of himself.

[2] Under Local Rule 141 the document for which sealing is sought should not have been

1

complaint to plaintiff.  *Id.*; *see* E.D. Cal. L.R. 141(e)(1) ("If a Request is denied in full or in part, the Clerk will return to the submitting party the documents for which sealing has been denied.").

The deadline has passed and plaintiff has not filed an appropriate motion to file his complaint under seal or otherwise responded to the court's order.

Accordingly, it is hereby RECOMMENDED that:

1. The complaint be stricken and the Clerk be directed to return the complaint to plaintiff.  *See* E.D. Cal. L.R. 141(e)(1); and

2. The Clerk be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  April 27, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

filed prior to a ruling on the request for a sealing order.  As provided in the rule, if the request is denied, the plaintiff has the option of having the document returned to him and not filed in the public record.  Here, the complaint is stamped filed but it was not placed into the public record.  Plaintiff therefore had the choice of whether to proceed with a publicly-filed complaint.  His request for a sealing order has been denied but he has not informed the court whether he wants to proceed nonetheless by having the complaint placed in the public record.  The court construes plaintiff's failure to respond to the previous order as an exercise of his option under Local Rule 141 (e)(1) to withdraw the document.  According, it is recommended that the complaint be treated as withdrawn and therefore stricken.

2